## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYCE GLENN GRANBOIS,<br><br>Defendant. | **CR-15-52-GF-BMM**<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 9, 2020.  (Doc. 48.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 3, 2020. (Doc. 47.) The United States accused Granbois of violating his conditions of supervised release 1) by consuming alcohol; 2) by failing to report for substance abuse testing; 3) by failing to report for substance abuse treatment; 4) by failing to notify his probation officer of a change in residence; and 5) by failing to report to his probation officer as directed.  (Doc. 44.)

At the revocation hearing, Granbois admitted that he had violated the conditions of his supervised release 1) by consuming alcohol; 2) by failing to report for substance abuse testing; 3) by failing to report for substance abuse treatment; 4) by failing to notify his probation officer of a change in residence; and 5) by failing to report to his probation officer as directed.  (Doc. 47.) Judge Johnston found that the violations Granbois admitted proved to be serious and warranted revocation, and recommended that Granbois receive a custodial sentence of time served with 8 months with 20 months of supervised release to follow.  Granbnois was advised of the 14 day objection period and his right to allocute before the undersigned. (Doc. 47.)

The violations prove serious and warrant revocation of Granbois' supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 48) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Bryce Glenn Granbois be sentenced to 8 months with 20 months of supervised release to follow.

DATED this 19th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court